[No. 23215–1–I. Division One. December 18, 1989.]

MARK V. ELLINGSON, ET AL, *Appellants,* v. CITIZENS FEDERAL SAVINGS AND LOAN ASSOCIATION, *Defendant,* M. LEE PRICE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–13410–9, Liem E. Tuai, J., entered October 19, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Forrest, JJ.

[No. 22338–1–I. Division One. December 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL GENE SISEMORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00502–4, Terrence A. Carroll, J., entered May 11, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 21907–3–I. Division One. December 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE KEVIN WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02261–3, Susan R. Agid, J., entered January 26, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Winsor, JJ.